UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARL SCHWARZEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.  4:23-cv-00455-RLW |
| vs. ) | |
| ) | |
| STATE AUTO PROPERTY AND ) | |
| CASUALTY, ) | |
| ) | |
| Defendant. ) | |

**<u>PLAINTIFF'S VOLUNTARY DISMISSAL</u>**

Comes now Plaintiff, by and through counsel, and dismisses with prejudice his claim against State Auto Property and Casualty with each party to bear its own costs. The Motion to Adjudicate the Lien of the Attorneys Fees remains pending.

Respectfully submitted,

CONQUER LAW LLC

By:   /s/ *Thomas E. Fagan*
Thomas E. Fagan, #43607
Attorneys for Plaintiff
9109 Watson Road, Suite 310
St. Louis, MO 63123
(314) 270-4333 Office
(314) 270-4336 Fax
thomasfagan288@gmail.com

## CERTIFICATE OF SERVICE

      A copy of the foregoing was electronically filed with the Clerk of the Court using the electronic filing system with a copy of the foregoing being sent this 5th day of February, 2024 via e-mail to:

Christopher J. Carpenter
Schaffer & Associates, Chartered
10561 Barkley, Suite 620
Overland Park, KS  66212
ccarpenter@schafflaw.com
Attorney for Defendant

                                                                                                   /s/ Thomas E. Fagan