UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CARL SCHWARZEN, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:23-CV-455 RLW |
| STATE AUTO PROPERTY CASUALTY, | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 31),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs.

**IT IS FURTHER ORDERED** that as the Court declines to exercise jurisdiction over the dispute arising out of and involving attorney's fees, Plaintiff's motion to adjudicate the lien of attorneys' fees and motion for a hearing on same are DENIED. (ECF. Nos. 29-30.)

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 7TH day of February, 2024.